UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**De Los Santos**

    Plaintiff

v.                                        Civil Action No. 20-11103-RWZ

**National Railroad Passenger Corp. (AMTRAK)**

    Defendant

SETTLEMENT ORDER OF DISMISSAL

ZOBEL, D.J.

    The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within forty-five (45) days to reopen the action if settlement is not consummated.

                                                By the Court,

3/3/2022                                       /s/Douglas Warnock
    Date                                           Douglas Warnock
                                                Deputy Clerk