UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------------ X

JOSE DE LOS SANTOS,

                          Plaintiff,

   -against-

                                                      20-CV-11103

NATIONAL RAILROAD PASSENGER CORP.

                          Defendant.

------------------------------------------------------------------ X

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action be dismissed with prejudice as to all claims and all parties, with each party bearing that party's own attorney's fees and costs.

Dated: May 13, 2022

                                                 Respectfully submitted,

| **NAUMES LAW GROUP, LLC** | **LANDMAN CORSI BALLAINE & FORD P.C.** |
|---|---|
| By: /s/ Christopher C. Naumes | By: _[signature]_ |
| Robert T. Naumes, BBO #:367660 | Tina S. Bhatt (admitted *pro hac vice*) |
| Christopher C. Naumes, BBO #: 671701 | Attorneys for Defendant |
| Attorneys for Plaintiff | 120 Broadway 13th Floor |
| 2 Granite Avenue, Suite 425 | New York, New York 10271 |
| Milton, MA 02186 | (212) 238-4800 |
| (617) 227 8444 | tbhatt@lcbf.com |
| robert@naumeslaw.com | |
| christopher@naumeslaw.com | |

4866-9427-8921v.1

## **CERTIFICATE OF SERVICE**

I, Tina S. Bhatt, do hereby certify that a true and correct copy of the foregoing document entitled "Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)" was served upon all counsel of record via the CM/ECF system of the United States District Court for the District of Massachusetts on this 13th day of May, 2022.

Dated: May 13, 2022

By:    /s/ Tina S. Bhatt
      Tina S. Bhatt

4865-7903-3375v.1